## 36580. THE STATE v. DAVIS.

PER CURIAM.

After further consideration, we have concluded that the writ of certiorari in this case was improvidently granted, and it is therefore dismissed.

*All the Justices concur, except Marshall, J., who dissents. Smith, J., disqualified. Gregory, J., not participating.*

DECIDED JANUARY 16, 1981.

*Richard E. Allen, District Attorney, G. Larry Bonner, Assistant District Attorney,* for appellant.

*Jim Blanchard, Jr.,* for appellee.